## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-361 (RBW)** |
| | : | |
| **v.** | : | |
| | : | |
| **GLENN BULLOCK** | : | |
| | : | |
| **Defendant.** | | |

### NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Steven B. Wasserman.  This is a notice that Assistant United States Attorney, Steven B. Wasserman, D.C. Bar Number 453251, telephone number (202) 307-0031, is entering appearance as counsel in this same matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney


_____
ASSISTANT UNITED STATES ATTORNEY
STEVEN B. WASSERMAN
Bar No. 453251
555 4th Street, N.W., Room 4239
Washington, DC 20001
(202) 307-0031

## <u>CERTIFICATE OF SERVICE</u>

 I HEREBY CERTIFY that on this <u>12th</u> day of October, 2005, a copy of the foregoing Notice of Assignment and Appearance was served by Electronic Filing upon counsel for the defendant, Tony Axam, Esquire, Federal Public Defender.


          _____

          STEVEN B. WASSERMAN
          Assistant United States Attorney