CO-1 80 (Rev - DC 03/00)

# WARRANT FOR ARREST

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>GLENN F. BULLOCK, JR<br><br>DOB:           PDID# | DOCKET NO: CR 05-361 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>FILED<br>MAR 0 8 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| WARRANT ISSUED ON THE BASIS OF: Order of Court | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFULL POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF COCAINE BASE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: TITLE 21 U.S.C. 841 | |
|---|---|---|
| BAIL FIXED BY COURT:<br>NO BOND | OTHER CONDITIONS OF RELEASE: | |
| ORDERED BY:<br>Magistrate Judge Deborah A. Robinson | JUDGE/MAGISTRATE JUDGE<br>DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE | DATE ISSUED:<br>10/17/05 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE:<br>10/17/05 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>10-17-05<br>DATE EXECUTED<br>03-08-06 | NAME AND TITLE OF ARRESTING OFFICER<br>SEAN McLEOD<br>SDUSM | SIGNATURE OF ARRESTING OFFICER<br>Sean McLeod |
|---|---|---|