UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, <br><br> v. <br><br> **GLENN BULLOCK**, Defendant. | Crim. No. 05-361(RBW) |

**ORDER**

Upon consideration of defendant Glenn Bullock's Motion to Suppress Evidence Seized and Statements, it is hereby

**ORDERED** that defendant's Motion is granted; and it is

**FURTHER ORDERED** that all evidence seized from Mr. Bullock on August 26, 2005, is suppressed; and it is

**FURTHER ORDERED** that all statements made by Mr. Bullock to law enforcement officers in connection with this matter, are suppressed.

**SO ORDERED** this _____ day of _____, 2006.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

CC:
Tony Axam, Jr.
Assistant Federal Public Defender

Brian Rogers
Assistant United States Attorney