UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-361 (RBW)** |
| | : | |
| v. | : | |
| | : | |
| **GLENN BULLOCK, JR.** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

Upon consideration of the Defendant's Motion to Suppress Tangible Evidence and Statements, any opposition thereto, and the entire record in this matter, it is this _____ day of _____, 2006, hereby

ORDERED, that the Defendant's Motion is DENIED.

_____
**REGGIE B. WALTON**
**UNITED STATES DISTRICT JUDGE**