UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-361 (RBW) |
| v. | : | **FILED** |
| GLENN BULLOCK, JR. | : | JUN 27 2006 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Glenn Bullock Jr., hereby submit this Factual Proffer in Support of Guilty Plea. The defendant, Glenn Bullock Jr., is charged in a one-count indictment with Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii). The essential elements of this offense are:

1. That the defendant possessed fifty grams or more of cocaine base. [handwritten: also known as crack]

2. That the defendant did so knowingly and intentionally. This means consciously, voluntarily and on purpose, not mistakenly, accidentally or inadvertently.

3. That when the defendant possessed the fifty grams or more cocaine base, he had the specific intent to distribute it. Distribute means to transfer or attempt to transfer to another person. [handwritten: also known as crack]

Had this matter proceeded to trial, the Government was prepared to prove the following beyond a reasonable doubt:

On August 26, 2005, at approximately 6:30 p.m., Officer David Jackson of the Metropolitan Police Department stopped the defendant at 2704 Good Hope Road in southeast Washington, DC,

after observing him make an illegal right turn. Officer Jackson ordered the defendant out of the car and performed a pat-down search for weapons. After a "hard, metallic" object was detected near the defendant's crotch area, officers reached into the front of the defendant's pants and recovered two items: (1) a purple "Crown Royal" bag containing a scale with white powder residue, $383.00 in U.S. currency, and plastic baggies; and (2) a clear plastic bag of crack cocaine. When these items were recovered, the defendant stated: "You got me. I am not going to try and run. Don't worry. Do you know how hard it is to run with your hands behind your back in cuffs." When officers advised the defendant that he was being charged with Possession with Intent to Distribute Cocaine, the defendant also stated, "I was telling her that I should not have brought this with me. I knew it was not smart." The defendant was transported to the Sixth District, where he waived his rights and gave a videotaped statement in which he admitted possessing the crack for sale. In all, the defendant possessed 60.7 grams of crack cocaine.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney
Bar No. 451058

_____
BRIAN P. ROGERS
Special Assistant United States Attorney
Maryland Bar
Federal Major Crimes Section
555 4th Street, NW, Room 4712
Washington, DC 20530
(202) 616-1478

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Tony Axam, Esq. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 6/27/06

_____
GLENN BULLOCK JR.
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 6/27/06

_____
TONY AXAM
Attorney for Defendant