**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-361 (RBW)** |
| | : | |
| **v.** | : | |
| | : | |
| **GLENN F. BULLOCK, JR.,** | : | |
| **Defendant.** | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Angela Schmidt, at telephone number (202) 514-7273 and/or email address Angela.Schmidt@usdoj.gov. Ms. Schmidt will substitute for Special Assistant United States Attorney Brian Rogers as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
ANGELA G. SCHMIDT
Assistant United States Attorney
Texas Bar No. 17764980
555 4th Street, NW, 4th Floor
Washington, DC 20530
(202) 514-7273