UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 19 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| vs. | ) | DOCKET NO.: 05-361-01 |
|  | ) |  |
| Glenn Bullock, Jr. | ) |  |

ORDER

The U.S. Probation Office completed and disclosed the Presentence Report on August 17, 2006. The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the defendant. Accordingly, it is by the Court, this 18th day of September, 2006,

**ORDERED,** that within five days of the date of this Order, counsel for the defendant shall execute the receipt and acknowledgment form and counsel for the defendant shall hand-deliver the same to the U.S. Probation Office.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

September 18, 2006
DATE