HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
SEP 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-00361</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| Bullock, Jr. Glenn F. | : | Disclosure Date: <u>August 17, 2006</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
**Prosecuting Attorney**                        **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.   *see attached letter

_G.F. Bullock_ 9/5/06          _[signature]_ 9/5/06
**Defendant**     **Date**       **Defense Counsel**   **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>August 31, 2006</u>, to U.S. Probation Officer <u>Sherry Brandon</u>, telephone number <u>(202) 565-1327</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Richard A. Houck, Jr., Chief
       United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A.J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

September 6, 2006

Ms. Sherry Brandon
United States Probation Officer
U.S. District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

RE:    <u>U.S. v. Glenn Bullock</u> 05-361 (RBW)

Dear Ms. Brandon:

    The attached Receipt and Acknowledgment indicates that there are material factual inaccuracies in the presentence report.

    Specifically, Mr. Bullock has only one prior felony conviction for a crime of violence or controlled substance offense. Paragraphs 21, 23, 38, and 101 should be changed to take into account this fact.
    The conviction noted in paragraph 34 for assault against a family member is not a felony crime of violence and should not be used to qualify Mr. Bullock as a career offender. Also, Mr. Bullock was convicted of this offense <u>after</u> he committed the instant offense. Thus, even if it were a felony crime of violence, it could not be used to qualify Mr. Bullock as a career offender.
    Given that Mr. Bullock is not a career offender, his offense level should be reduced to 32, and adjusted downward by three levels for his acceptance of responsibility to level 29.

    Paragraph 29 should not include any points pursuant to U.S.S.G. §4A1.2(c)(1) because probation of one year was not imposed and there was no term of imprisonment imposed.

    Paragraph 36 reports that Mr. Bullock was under a criminal justice sentence for the case listed in paragraph 33. There is no evidence that Mr. Bullock was under such a sentence at the time of his instant offense. Thus, points allocated under U.S.S.G. §4A1.1(d) should be subtracted from Mr. Bullock's criminal history score. If you can share information with me that confirms that Mr. Bullock was on supervision or probation at the time of the instant offense, I will withdraw this objection.

    Given the above reductions to Mr. Bullock's criminal history score noted above, he has a total of 12 points in his criminal history and falls into criminal history category IV. Given an offense level of 29, Mr. Bullock faces a sentencing guideline range of 140-175 months.

Lastly, as a minor matter, Mr. Bullock does not agree with the statement attributed to in paragraph 9, in which he is alleged to have said, "I was telling her that I should not have brought this with me. I knew it was not smart." The Court accepted Mr. Bullock's representation during his guilty plea that he never made such a statement.

Thank you for the opportunity to respond to the Presentence Report.

Sincerely,

Tony Axam, Jr.
Assistant Federal Public Defender

cc: Angela Schmidt
    Assistant United States Attorney