## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                    :

                    vs.                     :    Criminal No.  05-361 (RBW)

GLENN F. BULLOCK, JR.                       :

# NOTICE OF APPEAL

Name and address of appellant:     Glenn F. Bullock Jr.
                                   DCDC 309-621
                                   CTF
                                   1901 E Street, SE
                                   Washington, DC  20003


Name and address of appellant's attorney:     Tony L. Axam
                                               625 Indiana Ave., N.W., Suite 550
                                               Washington, DC 20004


Offense:  Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base also
          Known as Crack, 21 U.S.C. § 841


Concise statement of judgment or order, giving date, and any sentence:  09/26/06:
          One hundred fifty-one (151) months imprisonment; Five (5) years supervised release;
          $100.00 special assessment

Name of institution where now confined, if not on bail:  CTF


I, the above-named appellant, hereby appeal to the United States Court of Appeals
for the District of Columbia from the above-stated judgment.


   09/29/06                         Glenn F. Bullock, Jr.
_____DATE                    _____APPELLANT

CJA, NO FEE _____          "/s/"
PAID USDC FEE _____          ATTORNEY FOR APPELLANT
PAID USCA FEE _____
Does counsel wish to appear on appeal? Yes
Has counsel ordered transcripts? No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes