# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-3152**                                      **September Term, 2007**

UNITED STATES OF AMERICA,
    APPELLEE

v.

GLENN F. BULLOCK, JR.,
    APPELLANT



Appeal from the United States District Court
for the District of Columbia
(No. 05cr00361-01)

Before: SENTELLE, RANDOLPH and KAVANAUGH, *Circuit Judges.*

**FILED FEB 1 3 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

*Per Curiam*

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

Date: December 21, 2007

Opinion for the court filed by Circuit Judge Kavanaugh.

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: /s/ Deputy Clerk